An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWAN THURMOND,
Appellant,
vs.
CORRECTIONAL OFFICER FRATIS,
Respondent.

No. 62127

**FILED**

FEB 2 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant seeks to challenge a district court order granting a motion for sanctions. As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. See NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); see also Taylor Constr. Co. v. Hilton Hotels, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Accordingly, as we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]In light of this order, we deny as moot appellant's December 20, 2012, motion to temporarily withdraw this appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-05323

cc: Hon. James Todd Russell, District Judge
Edwan Thurmond
Attorney General/Carson City
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A